**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Todd A Seaver, Esq | SBN: Bar No.271067<br>BERMAN TABACCO<br>44 Montgomery Street Suite 650   San Francisco, CA 94104<br>TELEPHONE NO.: (415) 433-3200 | FAX NO. (415) 433-6382 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: | |

USDC/SAN FRANCISCO/NORTHERN DISTRICT OF CA
STREET ADDRESS: 450 GOLDEN GATE
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: SAN FRANCISCO

PLAINTIFF/PETITIONER: BOGARD CONSTRUCTION
DEFENDANT/RESPONDENT: VITOL INC., ET AL.

CASE NUMBER:
C 20-3267 SK

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
10001-500 California Gas

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served)*:
   **SK ENERGY AMERICAS, INC.**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served: **2710 Gateway Oaks Dr Ste 150N**
   **Sacramento, CA 95833-3502**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date):* **5/18/2020** at *(time):* **1:01 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **Kaitlyn Mannix - Workflow Coordinator**
   Age: 18 - 25 | Weight: 181-200 Lbs | Hair: Brown | Sex: Female | Height: 5'7 - 6'0 | Eyes: Blue | Race: White

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*   from *(city):*   **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
**POS010-1/SF4894**

Nationwide Legal, LLC
859 Harrison Street, Suite A
San Francisco, CA 94107
Phone: (415) 351-0400   Fax: (415) 351-0407

Continued from Proof of Service

**CLIENT:** BERMAN TABACCO
**CLIENT FILE #:** 10001-500 California Gas
**DATE:** May 18, 2020
**SUBJECT:** SK ENERGY AMERICAS, INC.
**SERVED:** Kaitlyn Mannix - Workflow Coordinator

```
Notice of Appearance of Todd A. SeaverOrder Setting Initial Case
Management Conference and ADR DeadlinesECF Registration
InformationNotice of A Lawsuit and Request To Waive Service of A
Summons (AO 398)Waiver of the Service of Summons (AO 399)Notice of
Assignment of Case to a United States Magistrate JudgeConsent or
Declination to Magistrate JurisdictionStanding Orders of Magistrate
Judge Sallie Kim (3 orders);
```



**NATIONWIDE LEGAL**

Order#: SF4894/DocAtt2010

| PETITIONER: BOGARD CONSTRUCTION | CASE NUMBER: |
|---|---|
| RESPONDENT: VITOL INC., ET AL. | C 20-3267 SK |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                      (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
  a. Name: **Deja Monae Jefferson - Nationwide Legal, LLC REG: 12-234648**
  b. Address: **859 Harrison Street, Suite A  San Francisco, CA 94107**
  c. Telephone number: **(415) 351-0400**
  d. **The fee** for service was: **$ .00**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
        (i) ☐ owner     ☐ employee     ☑ independent contractor.
        (ii) Registration No.: **2019-60**
        (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/18/2020**

**Nationwide Legal, LLC**
**859 Harrison Street, Suite A**
**San Francisco, CA 94107**
**(415) 351-0400**
**www.nationwideasap.com**

_____  ▶ *(signature)*
    **Deja Monae Jefferson**
 (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)