|   |   |
|---|---|
| 1 | Michael P. Lehmann (SBN 77152) |
| 2 | Christopher L. Lebsock (SBN 184546) |
|   | Samantha J. Stein (SBN 302034) |
| 3 | HAUSFELD LLP |
|   | 600 Montgomery Street, Suite 3200 |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 633-1908 |
| 5 | Facsimile: (415) 358-4980 |
| 6 | mlehmann@hausfeld.com |
|   | clebsock@hausfeld.com |
| 7 | sstein@hausfeld.com |
| 8 | *On behalf of Plaintiffs and the Proposed Class* |
| 9 | [Additional Counsel Listed on Motion Signature Page] |

<br>

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC.; EQUALITY WINES LLC; KELLY KESKINEN; and RYAN SCHRUM-HERRERA, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br>vs.<br><br>VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., and DOES 1–100,<br><br>Defendants. | Case No. 3:20-cv-03131-JSC<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER RELATING CASES AND GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>[N.D. Cal. Civil L.R. 3-12, 7-11]<br><br>Related Case Nos.:<br>• 20-cv-03678-NC<br>• 20-cv-03705-KAW |

[~~PROPOSED~~] ORDER RELATING CASES

Having considered the above-captioned Plaintiffs' Administrative Motion to Consider Whether the Cases Should Be Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to relate the following later-filed cases to the first-filed action of *Pacific Wine Distributors, Inc. v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03131-JSC (N.D. Cal., filed May 6, 2020):

- *Richardson v. SK Energy Americas, Inc. et al*, No. 5:20-cv-03678-NC (N.D. Cal., filed June 3, 2020) ("*Richardson* action"); and
- *Gennaro v. Vitol, Inc. et al*, No. 4:20-cv-03705-KAW (N.D. Cal., filed June 4, 2020) ("*Gennaro* action").

**IT IS SO ORDERED.**

Dated: June 15, 2020

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE